1  BOBBY GHAJAR #198719
   bobby.ghajar@pillsburylaw.com
2  MARCUS D. PETERSON #265339
   marcus.peterson@pillsburylaw.com
3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 South Figueroa Street, Suite 2800
4  Los Angeles, CA  90017-5406
   Telephone: (213) 488-7100
5  Facsimile No.: (213) 629-1033
   Attorneys for Defendants
6  WEMESH, INC. and Dr. Michael Pazaratz

7

8             UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10               WESTERN DIVISION

11

12  WEMASH, INC,, a Delaware          )  Case No. 2:15-cv-08719-JFW-JPR
    corporation,                      )
13                                    )
                       Plaintiff,     )  DECLARATION OF MARCUS
14                                    )  PETERSON IN SUPPORT OF
                                      )  MOTION TO DISMISS
15          vs.                       )  COMPLAINT
                                      )
16  WEMESH, INC., an Ontario, Canada  )
    corporation and Dr. Michael Pazaratz, )  Date:      January 25, 2016
17  an Individual,                    )  Time:      1:30 p.m.
                                      )  CrtRm:     16
18                     Defendants.    )
                                      )  Judge:     Hon. John F. Walter
19                                    )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22                                    )

23

24

25

26

27

28

I, Marcus Peterson, am an attorney licensed to practice law in the state of California and am a senior associate of Pillsbury Winthrop Shaw Pittman LLP, attorneys for Defendants WeMesh, Inc. ("WeMesh") and Dr. Michael Pazaratz ("Dr. Pazaratz") (collectively, "Defendants")  in this action.  The matters set forth in this declaration are based upon my personal knowledge, except where otherwise indicated, and if called as a witness I could and would testify competently thereto.  I make this declaration in support of Defendants' Motion to Dismiss Complaint.

1. On November 9, 2015, I visited Plaintiff's Facebook page at www.facebook.com/wemash.  The page states that WeMash was founded in October 2014.  On August 18, 2015, Plaintiff posted, "We're launching a fun video messaging app on a **private friends/family beta** in the next couple of days."  (emphasis added).  Attached as Exhibit 1 is a true and correct screen capture of those portions of Plaintiff's Facebook page.

2. I have also reviewed Plaintiff's United States Securities and Exchange Commission Form D – Notice of Exempt Offering of Securities, which was filed on October 9, 2014, and which is available at http://www.sec.gov/Archives/edgar/data/1621903/000118143114034 126/xslFormDX01/primary_doc.xml.  According to the form, the company was incorporated in 2014.  Attached as Exhibit 2 is a true and correct copy of a printout of Plaintiff's SEC filing.

3. On November 9, I also visited the Facebook page of Plaintiff's "Wemes App" at www.facebook.com/wemesapp.  The page was created September 11, 2015.  On September 16, 2015, Plaintiff posted, "Just one day from the official launch of WEMES."

Attached as Exhibit 3 is a true and correct screen capture of that Facebook posting.

4. On November 19, 2015, I also visited the iTunes App Store listing for Plaintiff's "Wemes App" at https://itunes.apple.com/us/app/wemes-create-share-video-memes/id1023485444?ls=1&mt=8.  The app had only 16 reviews as of that day.  Attached as Exhibit 4 is a true and correct screen capture of the Wemes App iTunes page taken that day.

5. On November 9, 2015, I visited the Internet Archive "Wayback Machine," which is a website that archives web pages.  Based on the Wayback Machine's archives, the www.wemash.com domain was parked (meaning it displayed no content) until approximately August 2014.  From August 2014 until at least June 2015, the website displayed a page with the company name "WeMash" and the phrases "Enabling content creators" and "Click here to receive updates."  Clicking on the "click here" link created an email to the email address 411@wemash.com with the subject "Keep me updated!" and the body, "I would like to receive updates!"  Nowhere on the website was any information as to Plaintiff's goods or services or the Wemes App.  Also, the "W and Design (crown)" logo Plaintiff alleges ownership in did not appear on the website during that time.  Attached as Exhibit 5 is a true and correct copy of a screen captures of the Wayback Machine webpage archive from June 7, 2015.

6. Also on November 9, 2015, I visited the www.wemash.com website.  It displayed the WeMash name "W and Design (crown)" logo and a button labelled "GET IN TOUCH" which created a similar email to be sent to Plaintiff.  At the top corner of the page was a link to

"Careers."  The WEMES mark was not displayed on the website and the website provided no information on Plaintiff's goods or services or the "Wemes App."  Attached as Exhibit 6 is a true and correct screen capture from the website as it appeared that day.

7.  On December 28, 2015, I visited the website www.whois.com, a website that contains domain registration information.  For the domain www.wemesh.com, it states that the domain creation date was September 25, 2002.  Attached as Exhibit 7 is a true and correct copy of a printout of the domain registration information for www.wemesh.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of December, 2015, at Los Angeles, California.


MARCUS D. PETERSON
PILLSBURY WINTHROP SHAW PITTMAN LLP


By /s/ Marcus Peterson
                    Marcus Peterson
          Attorneys for Defendants
          WEMESH, INC. AND DR. MICHAEL
          PAZARATZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 2**

- 6 -

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## FORM D

### Notice of Exempt Offering of Securities

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden hours per response: | 4.00 |

---

## 1. Issuer's Identity

**CIK (Filer ID Number)**
[0001621903](#)

**Previous Names** ☐ None
WeMash,Inc.

**Entity Type**
☒ Corporation
☐ Limited Partnership
☐ Limited Liability Company
☐ General Partnership
☐ Business Trust
☐ Other (Specify)

**Name of Issuer**
WeMash, Inc.

**Jurisdiction of Incorporation/Organization**
DELAWARE

**Year of Incorporation/Organization**
☐ Over Five Years Ago
☒ Within Last Five Years (Specify Year) 2014
☐ Yet to Be Formed

---

## 2. Principal Place of Business and Contact Information

**Name of Issuer**
WeMash, Inc.

**Street Address 1**        **Street Address 2**
11271 Ventura Boulevard, Suite 602

| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
|---|---|---|---|
| Studio City | CALIFORNIA | 91604 | 646-436-9062 |

---

## 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Siino | Salvatore | G. |

**Street Address 1**        **Street Address 2**
c/o WeMash, Inc.        11271 Ventura Blvd. Suite 602

| City | State/Province/Country | ZIP/PostalCode |
|---|---|---|
| Studio City | CALIFORNIA | 91604 |

Relationship: ☒ Executive Officer ☒ Director ☐ Promoter

Clarification of Response (if Necessary):

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Jones | Quincy | D. |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| c/o WeMash, Inc. | 11271 Ventura Blvd. Suite 602 | |

| City | State/Province/Country | ZIP/PostalCode |
|---|---|---|
| Sutdio City | CALIFORNIA | 91604 |

Relationship: [X] Executive Officer [X] Director [ ] Promoter

Clarification of Response (if Necessary):

---

## 4. Industry Group

[ ] Agriculture

**Banking & Financial Services**
- [ ] Commercial Banking
- [ ] Insurance
- [ ] Investing
- [ ] Investment Banking
- [ ] Pooled Investment Fund

Is the issuer registered as an investment company under the Investment Company Act of 1940?

    [ ] Yes      [ ] No

- [ ] Other Banking & Financial Services

[ ] Business Services

**Energy**
- [ ] Coal Mining
- [ ] Electric Utilities
- [ ] Energy Conservation
- [ ] Environmental Services
- [ ] Oil & Gas
- [ ] Other Energy

**Health Care**
- [ ] Biotechnology
- [ ] Health Insurance
- [ ] Hospitals & Physicians
- [ ] Pharmaceuticals
- [ ] Other Health Care

[ ] Manufacturing

**Real Estate**
- [ ] Commercial
- [ ] Construction
- [ ] REITS & Finance
- [ ] Residential
- [ ] Other Real Estate

[ ] Retailing

[ ] Restaurants

**Technology**
- [ ] Computers
- [ ] Telecommunications
- [X] Other Technology

**Travel**
- [ ] Airlines & Airports
- [ ] Lodging & Conventions
- [ ] Tourism & Travel Services
- [ ] Other Travel

[ ] Other

---

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| [ ] No Revenues | | [ ] No Aggregate Net Asset Value |
| [ ] $1 - $1,000,000 | | [ ] $1 - $5,000,000 |
| [ ] $1,000,001 - $5,000,000 | | [ ] $5,000,001 - $25,000,000 |

☐ $5,000,001 - $25,000,000          ☐ $25,000,001 - $50,000,000

☐ $25,000,001 - $100,000,000        ☐ $50,000,001 - $100,000,000

☐ Over $100,000,000                 ☐ Over $100,000,000

☒ Decline to Disclose               ☐ Decline to Disclose

☐ Not Applicable                    ☐ Not Applicable

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Investment Company Act Section 3(c)

☐ Rule 504(b)(1) (not (i), (ii) or (iii))      ☐ Section 3(c)(1)      ☐ Section 3(c)(9)

☐ Rule 504 (b)(1)(i)                           ☐ Section 3(c)(2)      ☐ Section 3(c)(10)

☐ Rule 504 (b)(1)(ii)                          ☐ Section 3(c)(3)      ☐ Section 3(c)(11)

☐ Rule 504 (b)(1)(iii)                         ☐ Section 3(c)(4)      ☐ Section 3(c)(12)

☐ Rule 505                                     ☐ Section 3(c)(5)      ☐ Section 3(c)(13)

☒ Rule 506(b)                                  ☐ Section 3(c)(6)      ☐ Section 3(c)(14)

☐ Rule 506(c)

☐ Securities Act Section 4(a)(5)               ☐ Section 3(c)(7)

## 7. Type of Filing

☒ New Notice   Date of First Sale 2014-10-01   ☐ First Sale Yet to Occur

☐ Amendment

## 8. Duration of Offering

Does the Issuer intend this offering to last more than one year?   ☐ Yes  ☒ No

## 9. Type(s) of Securities Offered (select all that apply)

☐ Equity                                                    ☐ Pooled Investment Fund Interests

☒ Debt                                                      ☐ Tenant-in-Common Securities

☐ Option, Warrant or Other Right to Acquire Another Security    ☐ Mineral Property Securities

☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security    ☐ Other (describe)

## 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?   ☐ Yes  ☒ No

Clarification of Response (if Necessary):

## 11. Minimum Investment

Minimum investment accepted from any outside investor $0 USD

---

## 12. Sales Compensation

Recipient

Recipient CRD Number [X] None

(Associated) Broker or Dealer [X] None

(Associated) Broker or Dealer CRD Number [X] None

Street Address 1

Street Address 2

City

State/Province/Country

ZIP/Postal Code

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States

[ ] All States

[ ] Foreign/non-US

---

## 13. Offering and Sales Amounts

Total Offering Amount     $1,000,000 USD  or [ ] Indefinite

Total Amount Sold            $420,000 USD

Total Remaining to be Sold   $580,000 USD  or [ ] Indefinite

Clarification of Response (if Necessary):

---

## 14. Investors

[ ] Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:    [ 5 ]

---

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD [ ] Estimate

Finders' Fees $0 USD [ ] Estimate

Clarification of Response (if Necessary):

---

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD [ ] Estimate

Clarification of Response (if Necessary):

---

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

 In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against it in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of:  (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Regulation D for one of the reasons stated in Rule 505(b)(2)(iii) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|--------|-----------|----------------|-------|------|
| WeMash, Inc. | /s/ Salvatore G. Siino | Salvatore G. Siino | President | 2014-10-09 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

1

**EXHIBIT 3**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 7 -

Stipulation to Extend Time to Respond to Complaint by
Not More than 30 Days (L.R. 8-3)
Case No. 2:15-cv-08719-JFW-JPR



 **Wemes**
September 16 ·

Just one day from the official release of WEMES. Check
out some of the celebs below!

Anthony Kennedy, Kris Brix and Bennett Kolasinski like
this.

2 shares

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 4**

- 8 -



## iTunes Preview

Overview    Music    Video    Charts

iTunes is the world's easiest way to organize and add to your digital media collection.

We are unable to find iTunes on your computer. To download the free app Wemes – Create & Share Video Memes by WeMash, Inc., get iTunes now.

Already have iTunes? Click I Have iTunes to open it now.

`I Have iTunes`



iTunes 11
For Mac + PC

**Free Download** ⊙

---

# Wemes – Create & Share Video Memes
### By WeMash, Inc.

Open iTunes to buy and download apps.

View More by This Developer



**View in iTunes**

Free

Category: Entertainment
Updated: Oct 12, 2015
Version: 1.0.1
Size: 36.2 MB
Language: English
Seller: WeMash Inc.
© 2015 WeMash, Inc.
Rated 12+ for the following:
Infrequent/Mild Profanity or Crude Humor
Infrequent/Mild Alcohol, Tobacco, or Drug Use or References
Infrequent/Mild Mature/Suggestive Themes

**Compatibility:** Requires iOS 8.0 or later. Compatible with iPhone, iPad, and iPod touch.

### Customer Ratings

We have not received enough ratings to display an average for the current version of this application.

All Versions:
★★★★☆ 16 Ratings

## Description

Make and share your very own video memes with WEMES! Express yourself through our exclusive collection of reaction videos, with clips to match any mood from a variety of celebrity interviews and performances. 90+ clips included, with new content added regularly through the WemesLive channel.

WeMash, Inc. Web Site ›     Wemes – Create & Share Memes Support ›     ...More

## What's New in Version 1.0.1

New celebs and clips!
Save to Camera Roll enabled.
Bug fixes and stability improvements.

...More

## iPhone Screenshot





## Customer Reviews

**Awesome!** ★★★★★
by AmyMek

I am huge Hip Hop fan, this App is amazing. I love that I can do a voice over and write on the meme. Very user friendly & rare footage.

**Hilarious!** ★★★★★
by BassMan528383719

Great app! Fun and easy to use.

**Great app** ★★★★★
by KJSW

So good, too funny

## Customers Also Bought







Straight Outta Me...    Straight Outta Me...    Reactions Lite – r...    InstaMeme – The ...    MemeFrame Free ...
Entertainment   Entertainment   Entertainment   Entertainment   Entertainment
View In iTunes ›   View In iTunes ›   View In iTunes ›   View In iTunes ›   View In iTunes ›

---

### App Store on Facebook and Twitter



Discover and share new apps. Follow us on @AppStore.

12m  👍 Like

### iTunes on Facebook



Discover and share music, movies, TV, books, and more.

31m  👍 Like

### iTunes on Twitter



Follow us @iTunes and discover new iTunes Radio Stations and the music we love.

---

🍏 iTunes

**Shop and Learn**
Mac
iPad
iPhone
Watch
Apple Music
iTunes
iPod
Apple TV
Accessories
Gift Cards

**Apple Store**
Find a Store
Genius Bar
Workshops and Learning
Youth Programs
Apple Store App
Refurbished
Financing
Reuse and Recycling
Order Status
Shopping Help

**For Education**
Apple and Education
Shop for College

**For Business**
iPhone in Business
iPad in Business
Mac in Business
Shop for Your Business

**Account**
Manage Your Apple ID
Apple Store Account
iCloud.com

**Apple Values**
Environment
Supplier Responsibility
Accessibility
Privacy
Inclusion and Diversity
Education

**About Apple**
Apple Info
Job Opportunities
Press Info
Investors
Events
Hot News
Legal
Contact Apple

More ways to shop: Visit an Apple Store, call 1–800-MY-APPLE, or find a reseller.

Copyright © 2015 Apple Inc. All rights reserved.    Privacy Policy   Terms of Use   Sales and Refunds   Site Map     United States

1

**EXHIBIT 5**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 9 -



**www.wemash.com**

This page is parked free, courtesy of GoDaddy.com.



**Related Searches**

Mash
Mash Theme Song
Mash TV Show
Wayne Rogers Mash
Pie and Mash
Mash T Shirt



**LIMITED-TIME OFFER**
$1.99* No City Limit
Domains
Now, with any non-domain purchase!

FREE with every domain name:
▸ Hosting with Web builder
▸ Quick Blogcast
▸ Complete Email
▸ AND MORE!

Find a domain name now:
[          ] .com ▾ GO!

Advanced Search ICANN

*Plus ICANN fee of 20 cents per domain name year.



**Fast, Reliable, Secure Web Hosting**
▸ 99.9% Guaranteed Uptime
▸ No Setup Fee or Annual Commitment
▸ Generous Storage & Bandwidth
▸ Free, Expert 24/7 Support
▸ And MUCH More!
Flexible plans as low as $3.19/mo!
Learn more...

Go Daddy LIVE
with Bob Parsons
Live every Wednesday at 1 pm
(PT)/4 pm (ET).

[Search            ] Search

**Sponsored Links**

**Mash 10**
Looking for Mash 10? Find exactly what you want today.
www.eBay.com

**Cash Advance Quick**
Get Cash Wired To You In One Hour! No Credit Check, No Faxing. Low Fee
www.Cash-In-1-Hour.com

**Karaoke Songs**
12,000+ CDG & DVD Karaoke titles Karaoke Songs, Music & Machines
www.pocketsongs.com

**Alan Alda Interview**
Actor Alan Alda Gets Spiritual. Exclusive Interview at Beliefnet.
www.Beliefnet.com

**Mash 4077th Merchandise**
Mash T-shirts, Hats Mash Tees and shirts
www.TVStoreOnline.com

**Mash Ringtones**
Get Mash tones Complimentary TV & movie ringtones!
Mash.ToneTunes4u.com

**Mash Radio-Free**
Listen to Mash Free Unlimited Listening!
www.pandora.com

**Find Great New Music**
Get 12 Free Songs For Participating Free Registration, No Purchase Req.
www.OurStage.com

**Music**
Shop for your favorite music the way you like to shop. Make it fun.
www.justgr8.biz

**Monster Mash**
Download Totally Terrifying Tracks This Halloween. Absolutely Free!
www.MusicVixen.com

**Popular Searches**

**Travel**
Airline
Car Rental
Hotels
Cruises
Vacations

**Financial Planning**
Loans
Credit Cards
Debt Consolidation
Stocks
Payday Loans

**E Commerce**
VoIP
Broadband
Domain Names
Web Hosting
Web Design

**Lifestyle**
Fitness
Dating
Singles
Education
Degrees

**Real Estate**
Mortgages
Refinancing
Home Equity Loans
For Sale by Owner
Credit Score

**Insurance**
Car Insurance
Travel Insurance
Health Insurance
Home Insurance
Life Insurance

**Business**
Bankruptcy
Business Cards
Affiliate Programs
Conference Calls
CRM

**Legal Help**
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers
Probate Lawyers
Patent Lawyers

**Personal Finances**
Investments
Student Loans
Work from Home
Personal Loans
Jobs

**Computers**
Laptops
Software Training
High Speed Internet
DSL
Data Recovery

**Health Care**
Vitamins
Contact Lenses
Laser Eye Surgery
Cosmetic Surgery
Diet

**Shopping**
Gifts
Flowers
DVD Rental
Apparel
Books

Visit GoDaddy.com for the best values on: Domain Names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products and MORE! See product catalog.

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.



https://web.archive.org/web/20070415000000*/http://www.wemash.com/



INTERNET ARCHIVE
**WayBack Machine**

| http://www.wemash.com/ | BROWSE HISTORY |

**http://www.wemash.com/**

Saved **23 times** between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.



**Note**

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

# www.wemash.com

This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

**Mashup Composer**
Build your own business mashups! Take a free test drive now.
www.serena.com/mashups

**MASH Seasons 1 - 11**
Brand New / Factory sealed. 33 DVDs. Only $129.99 Free shipping
www.dvds99.com

**Mash Complete DVD set**
Martinis and Medicine Collector Box Large selection of TV classics
www.amazon.com/dvd/

**Mash 4077th Merchandise**
Mash T-shirts, Hats Mash Tees and shirts
www.TVStoreOnline.com

**Google Maps**
New - Easily create a customized map. Try it now on Google Maps!
maps.google.com

**Mash Ringtone**
Download ringtone to your phone right now. Quick!
QuickStepRingtones.com

**Mash Ringtones**
Get Mash ringtones instantly! No credit card required.
GetPhoneTones.com/Mash

**M A S H Ringtone**
Get M A S H Ringtone? 100% Complimentary – Download Now!
Music-Bonus.com/M-A-S-H

**Mash Ringtones**
Send Complimentary Ringtones to your cell.
BestTones4U.net

**Payday Loans up to $1500**
No Fax PaydayLoans/Cash Advances Wired To Your Bank Acct in 1 Hour
www.Cash-In-1-Hour.com

### Related Searches
- Mash
- Mash TV Trivia
- Song Download MP3
- Moonshine Recipe
- Pinoy Song
- Cassie Music



This page is provided courtesy of GoDaddy.com  Copyright © 1999-2007 GoDaddy.com, Inc. All rights reserved.



INTERNET ARCHIVE

http://www.wemash.com/                    BROWSE HISTORY

http://www.wemash.com/

Saved **23 times** between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.



DECEMBER 31, 2007
1 snapshot
• 05:17:23

**Note**
This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine,
*not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit,
building a digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

**www.wemash.com**
This page is parked free, courtesy of GoDaddy.com


Go Daddy.com
The web is your Domain!

**Sponsored Listings**

**Google Maps**
New - Easily create a customized map. Try it now on Google Maps!
maps.google.com

**Mash ups software**
Build your own business mashups! Take a free test drive now
www.serena.com/mashups

**Mash 4077th Merchandise**
Mash T-shirts, Hats Mash Tees and shirts
www.TVStoreOnline.com

**M*A*S*H: Complete DVD set**
Save 16% off list price Includes 36 discs / all 11 seasons
www.amazon.com

**MASH Seasons 1 - 11**
Brand New / Factory sealed. 33 DVDs. Only $129.99 Free shipping
www.dvds99.com

**Mash Ringtones**
Get Mash ringtones instantly! No credit card required.
GetPhoneTones.com/Mash

**Fun Christmas Gift Idea**
Candy or Treats Send their Favorite Save time and Money with MASH
www.mashpackage.com

**Toys - Buy.com**
Find Quality Toys at Great Prices. New user of G Checkout Get $10 off
www.Buy.com

**Mash Radio-Free**
Listen to Mash Free Unlimited Listening!
www.pandora.com

**Download Free Music Now**
Download Chart Topping Tracks Of Yesterday & Today. 100% Free!
www.musicvixen.com

**LIMITED-TIME OFFER**
$1.99* No Qty Limit Domains
Now, with any non-domain purchase!
FREE with every domain name:
► Hosting with Web builder
► Quick Blogcast
► Complete Email
► AND MORE!

Find a domain name now:
.com ▼ [GO]
Advanced Search
*Plus ICANN fee of 20 cents per domain name year.

**Related Searches**
► Mash 4077th
► Mash.com
► Mash Movies
► Mash VHS
► Mash TV Series
► Mash Episode Guide

[Search]

Fast, Reliable, Secure
**Web Hosting**
► 99.9% Guaranteed Uptime
► No Setup Fee or Annual Commitment
► Generous Storage & Bandwidth
► Free, Expert 24/7 Support And MUCH More!
Flexible plans as low as $3.19/mo!
Learn more...

Visit GoDaddy.com for the best values on:
► Domain Names
► Web Hosting
► Web Site Builders
► Email Accounts
► SSL Certificates
► Ecommerce Products
AND MORE!
See product catalog

**SSL Secure Certificates** https:
Up to 256-bit encryption
99% browser recognition
Issued within minutes
**From $19.99/year**
Go Daddy.com

This page is provided courtesy of GoDaddy.com Copyright © 1999-2007 GoDaddy.com Inc. All rights reserved.

This site might be vulnerable. Sharing personal information on this site is not advised. Learn more



INTERNET ARCHIVE
**WaybackMachine**

http://www.wemash.com/     BROWSE HISTORY

http://www.wemash.com/

Saved **23** times between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.



**Note**

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

Case 2:15-cv-08719-JFW-JPR   Document 21-1   Filed 12/28/15   Page 25 of 68   Page ID #:180



**wemash.com**

Sponsored listings

**Enterprise Mashups**
Easy user-driven mashups. Download trial software today.
www.JackBe.com

**Enterprise mashup**
Build your own enterprise mashups! Take a free test drive now
www.serena.com/mashups

**Create your own MashUp**
You can create the next bootleg novelty mashup. Only at Batanga!
www.batanga.com

**Build Enterprise RIAs**
Develop RIAs Faster, Better and Cheaper than you thought possible
www.nexaweb.com

**Make Any App A Mashup**
Add new features and data to apps No changes to your app required
www.ratchetsoft.com

**Mashup Mixing Software**
Create your own music mashup with MixPad for Windows. Free download.
www.nch.com.au/programs

**Add Forms To Mashups**
Without programming create online forms that submit to your database.
www.mashupforms.com

**Web 2.0 Mashup Software**
Make your own Web 2.0 Map Mashups with Maps, Photos, Reviews and More
www.schmap.com

**SharePoint Mashup**
Mash up multiple data sources and view them in a SharePoint site
www.corasworks.net/Products/

**Voice Mashup**
Integrate Web & Phone Apps. Click. Outdial. Schedule. Voice Apps.
www.ifbyphone.com

Language:  English

**Related Searches**
Data Recovery
Web Promotion
Web Hosting
Web Development
Web Design
Web
ISP
Internet
Data Security
Domain Names

Search
[        ] →

**Buy this domain**
The domain wemash.com may be for sale by its owner!
More details...

Related Searches:  Data Recovery | Web Promotion | Web Hosting | Web Development | Web Design | Web | ISP | Internet | Data Security | Domain Names |

Privacy Policy





# wemash.com

Sponsored listings

**Enterprise Mashups**
Easy user-driven mashups. Download trial software today.
www.JackBe.com

**Transform SharePoint**
Integrate external data and more with our Data Integration Toolset
www.corasworks.net/Products/

**Mashup Composer**
Build your own business mashups! Download Mashup Composer for free
www.serena.com/mashupcomposer

**Create your own MashUp**
You can create the next bootleg novelty mashup. Only at Batanga!
www.batanga.com

**Dice Mashup Challenge**
Are you A Tech Guru? Register on Dice for a chance to Win $4,000
www.Dice.com

**Programmable Web**
Everything you need to be a Web 2.0 programmer
ProgrammableWeb.com

**Techno Ringtone**
Free Ringtones You Want! Get Free Ringtones With 9.99/m Subscription.
Free.BestRingDownloads.com

**SOA Visual Orchestration**
Build, test, run SOA applications Scenario testing. Free trial.
www.activeVOS.com

**Mashup Mixing Software**
Create your own mashup with MixPad for Windows. Free download.
www.nch.com.au/mixpad

**Techno Music**
Your Site for Concerts & New Music Legal & Free Downloads. Register!
www.SpiralFrog.com

Language: English

**Related Searches**
Data Recovery
Web Promotion
Web Hosting
Web Development
Web Design
Web
ISP
Internet
Data Security
Domain Names

**Search**

**Buy this domain**
The domain **wemash.com** may be for sale by its owner!

More details...

Related Searches: Data Recovery | Web Promotion | Web Hosting | Web Development | Web Design | Web | ISP | Internet | Data Security | Domain Names |



This site might be vulnerable. Sharing personal information on this site is not advised. Learn more



http://www.wemash.com/                    BROWSE HISTORY

**http://www.wemash.com/**

Saved **23 times** between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.



**Note**

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

https://web.archive.org/web/20110207204625/http://wemash.com/



This site might be vulnerable. Sharing personal information on this site is not advised. Learn more

INTERNET ARCHIVE
Wayback Machine

http://www.wemash.com/          BROWSE HISTORY

http://www.wemash.com/

Saved **23 times** between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.

1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 **2013** 2014 2015

| JAN | FEB | MAR | APR |
|---|---|---|---|

OCTOBER 14, 2013
1 snapshot
• 20:20:52

**Note**

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



wemash.com

Related Searches

This page provided to the domain owner free by Sedo's Domain Parking. Disclaimer: Domain owner and Sedo maintain no relationship with third party advertisers. Reference to any specific service or trade mark is not controlled by Sedo or domain owner and does not constitute or imply its association, endorsement or recommendation.

Privacy Policies



This site might be vulnerable. Sharing personal information on this site is not advised. Learn more



http://www.wemash.com/

BROWSE HISTORY

http://www.wemash.com/

Saved **23 times** between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.



**Note**

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine,
*not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit,
building a digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



This site might be vulnerable. Sharing personal information on this site is not advised.   Learn more

INTERNET ARCHIVE
**Wayback Machine**

http://www.wemash.com/     BROWSE HISTORY

http://www.wemash.com/
Saved **23 times** between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.

1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 **2014** 2015

JAN
1
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

FEB
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28

MAR
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

APR
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

MAY
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

JUN
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

JULY 15, 2014
1 snapshot
• 07:16:35

15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

AUG
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

SEP
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

OCT
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

NOV
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

DEC
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**Note**
This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

This site might be vulnerable. Sharing personal information on this site is not advised. Learn more



INTERNET ARCHIVE
WayBack Machine

http://wemash.com?reqp=1&reqr=

Latest

Show All

Hrm.

Wayback Machine doesn't have that page archived.

This page is available on the web!

Help make the Wayback Machine more complete!

Save this url in the Wayback Machine

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



INTERNET ARCHIVE
**WayBackMachine**

http://www.wemash.com/        [ BROWSE HISTORY ]

**http://www.wemash.com/**

Saved **23 times** between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.

**Note**

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



INTERNET ARCHIVE

**WayBack Machine**

http://wemash.com?reqp=1&reqr=

Latest

Show All

**Hrm.**

Wayback Machine doesn't have that page archived.

This page is available on the web!

Help make the Wayback Machine more complete!

**Save this url in the Wayback Machine**



The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



Case 2:15-cv-08719-JFW-JPR   Document 21-1   Filed 12/28/15   Page 39 of 68   Page ID #:194



*Enabling Content Creators*

Click here to receive updates

https://web.archive.org/web/20140401000000*/http://www.wemash.com/

This site might be vulnerable. Sharing personal information on this site is not advised. Learn more

Don't show this again for this site



INTERNET ARCHIVE
Wayback Machine

http://www.wemash.com/    BROWSE HISTORY

http://www.wemash.com/

Saved **23 times** between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.

1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 **2014** 2015

SEPTEMBER 4, 2014
1 snapshot
• 00:03:36

Note

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

https://web.archive.org/web/20140904000336/http://wemash.com/?

4:53 PM
11/26/2015



*Enabling Content Creators*

Click here to receive updates



This site might be vulnerable. Sharing personal information on this site is not advised. Learn more

INTERNET ARCHIVE
Wayback Machine

http://www.wemash.com/                    BROWSE HISTORY

http://www.wemash.com/

Saved **23 times** between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.

**Note**

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



*Enabling Content Creators*

Click here to receive updates





**Enabling Content Creators**

Click here to receive updates



This site might be vulnerable. Sharing personal information on this site is not advised. Learn more

INTERNET ARCHIVE
Wayback Machine

http://www.wemash.com/      BROWSE HISTORY

http://www.wemash.com/

Saved **23 times** between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.

**Note**

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



*Enabling Content Creators*

Click here to receive updates





http://www.wemash.com/

[http://www.wemash.com/](http://www.wemash.com/)

Saved **23 times** between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.



**Note**

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



**Enabling Content Creators**

Click here to receive updates



INTERNET ARCHIVE
**WaybackMachine**

http://www.wemash.com/                    BROWSE HISTORY

http://www.wemash.com/

Saved **23 times** between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.



**Note**

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.





**WeMash**™

*Enabling Content Creators*

Click here to receive updates





*Enabling Content Creators*

Click here to receive updates



INTERNET ARCHIVE
WaybackMachine

http://www.wemash.com/          | BROWSE HISTORY |

http://www.wemash.com/

Saved **23** times between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.





JANUARY 27, 2015
1 snapshot
• 04:00:35



Note

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

https://web.archive.org/web/20150127040035/http://wemash.com/



*Enabling Content Creators*

Click here to receive updates



This site might be vulnerable. Sharing personal information on this site is not advised.   Learn more

Don't show this again for this site



http://www.wemash.com/                    BROWSE HISTORY

http://www.wemash.com/

Saved **23 times** between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.





**Note**

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.



The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.





*Enabling Content Creators*

Click here to receive updates



INTERNET ARCHIVE

http://www.wemash.com/    BROWSE HISTORY

http://www.wemash.com/

Saved **23** times between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.



Note

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



*Enabling Content Creators*

Click here to receive updates



INTERNET ARCHIVE

| http://www.wemash.com/ | | BROWSE HISTORY |

http://www.wemash.com/

Saved **23** times between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.





APRIL 14, 2015
1 snapshot
• 07:27:22

**Note**

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine,
*not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit,
building a digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



*Enabling Content Creators*

Click here to receive updates

AVG     This site might be vulnerable. Sharing personal information on this site is not advised. Learn more    Don't show this again for this site



INTERNET ARCHIVE
**Wayback Machine**

http://www.wemash.com/    BROWSE HISTORY

**http://www.wemash.com/**

Saved **23** times between October 30, 2007 and May 8, 2015.

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.



1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 **2015**

| JAN | FEB | MAR | APR |
|---|---|---|---|

MAY 8, 2015
1 snapshot
• 14:50:10

| MAY | JUN | JUL | AUG |
|---|---|---|---|

| SEP | OCT | NOV | DEC |
|---|---|---|---|

**Note**

This calendar view maps the number of times http://www.wemash.com/ was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

https://web.archive.org/web/20150508145010/http://www.wemash.com/





*Enabling Content Creators*

Click here to receive updates











1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 6**

CAREERS



GET IN TOUCH

© COPYRIGHT 2015 WEMASH INC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 7**



DOMAINS      HOSTING      WEBSITES      EMAIL      SECURITY      WHOIS      SUPPORT                    LOGIN            0

## wemesh.com registry whois
Updated 1 second ago - Refresh

Domain Name: WEMESH.COM
Registrar: GODADDY.COM, LLC
Sponsoring Registrar IANA ID: 146
Whois Server: whois.godaddy.com
Referral URL: http://registrar.godaddy.com
Name Server: HERA.NS.CLOUDFLARE.COM
Name Server: JOBS.NS.CLOUDFLARE.COM
Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Updated Date: 21-dec-2015
Creation Date: 25-sep-2002
Expiration Date: 25-sep-2017

## wemesh.com registrar whois
Updated 1 second ago

Domain Name: WEMESH.COM
Registry Domain ID: 90597431_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-09-18T02:44:41Z
Creation Date: 2002-09-25T00:29:09Z
Registrar Registration Expiration Date: 2017-09-25T00:30:39Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Michael Pazaratz
Registrant Organization:
Registrant Street: 250 Pall Mall
Registrant City: London
Registrant State/Province: ON
Registrant Postal Code: N6A 6K3
Registrant Country: CA
Registrant Phone: +1.9059292323
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: MikePaz@gmail.com
Registry Admin ID:
Admin Name: Michael Pazaratz
Admin Organization:
Admin Street: 250 Pall Mall
Admin City: London
Admin State/Province: ON
Admin Postal Code: N6A 6K3
Admin Country: CA
Admin Phone: +1.9059292323
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: MikePaz@gmail.com
Registry Tech ID:
Tech Name: Michael Pazaratz
Tech Organization:
Tech Street: 250 Pall Mall
Tech City: London
Tech State/Province: ON
Tech Postal Code: N6A 6K3
Tech Country: CA
Tech Phone: +1.9059292323
Tech Phone Ext:

**Hot Deals!**

.US™

.US @ $4.88 $9.88



**Web Hosting**

Easy. Reliable. Affordable.

- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

View Plans

Starts @ $3.88/mo

Tech Fax:
Tech Fax Ext:
Tech Email: MikePaz@gmail.com
Name Server: HERA.NS.CLOUDFLARE.COM
Name Server: JOBS.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2015-12-28T18:00:00Z <<<

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-
2014-06-16-en

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

## related domain names

godaddy.com    domaincontrol.com    icann.org    gmail.com    internic.net

## Domains

Register Domain Name
View Domain Pricing
Bulk Domain Register
Bulk Domain Transfer
Whois Lookup
Name Suggestion Tool
Free with Every Domain
View Promos

## Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

## Hosting & Products

Linux Hosting
Windows Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Virtual Private Servers
Dedicated Servers
Managed Servers
Website Builder
Business Email
Enterprise Email
SSL Certificates
Sitelock
Codeguard

## Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

Follow us 

Enter a Domain Name 

LOGIN        OR        CREATE AN ACCOUNT



Copyright © Whois.com. All rights reserved
Privacy Policy | Legal Agreement