**Exhibit 1**

**Generated on:**

This page was generated by TSDR on 2016-01-12 15:49:13 EST

**Mark:** WEMASH

# WEMASH

**US Serial Number:** 86320744   **Application Filing Date:** Jun. 25, 2014

**Register:**

Principal

**Mark Type:**

Service Mark

**Status:**

A first request for extension of time to file a Statement of Use has been granted.

**Status Date:**

Jun. 29, 2015

**Publication Date:** Nov. 25, 2014   **Notice of Allowance Date:** Jan. 20, 2015

## Mark Information

**Mark Literal Elements:**

WEMASH

**Standard Character Claim:**

Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:**

4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:**

Entertainment services, namely, providing webcasts and online videos in the field of music, sports and entertainment; Providing a website featuring information in the field of music, sports and entertainment; Entertainment services, namely, providing information about music, sports and entertainment via an online network

**International Class(es):** 041 - Primary Class   **U.S Class(es):** 100, 101, 107

**Class Status:**

ACTIVE

**Basis:**

1(b)

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:**

WeMash, Inc.

**Owner Address:**

11271 Ventura Blvd.
# 602
Studio City, CALIFORNIA 91604
UNITED STATES

**Legal Entity Type:** CORPORATION  **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Michelle A. Cooke  **Docket Number:** 48455-030

**Attorney Primary Email Address:** MCooke@manatt.com  **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:**
Michelle A. Cooke
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd.
Los Angeles, CALIFORNIA 90064
UNITED STATES

**Phone:** 310-312-4208  **Fax:** 310-996-6942

**Correspondent e-mail:** MCooke@manatt.com  **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 28, 2015 | TEAS EXTENSION RECEIVED | |
| Dec. 22, 2015 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Dec. 22, 2015 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jul. 01, 2015 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 29, 2015 | EXTENSION 1 GRANTED | 98765 |
| Jun. 29, 2015 | EXTENSION 1 FILED | 98765 |
| Jun. 29, 2015 | TEAS EXTENSION RECEIVED | |
| Jan. 20, 2015 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Nov. 25, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 25, 2014 | PUBLISHED FOR OPPOSITION | |
| Nov. 05, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 23, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 69712 |
| Oct. 22, 2014 | ASSIGNED TO LIE | 69712 |
| Oct. 01, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 01, 2014 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Oct. 01, 2014 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 01, 2014 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 01, 2014 | EXAMINERS AMENDMENT -WRITTEN | 91237 |
| Oct. 01, 2014 | ASSIGNED TO EXAMINER | 91237 |
| Jul. 02, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 28, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** COGAN, BRITTNEY LORRAI  **Law Office Assigned:** LAW OFFICE 114

| File Location | | | |
|---|---|---|---|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Jan. 20, 2015 |

## Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Cancellation**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 92062794 | **Filing Date:** | Dec 08, 2015 |
| **Status:** | Pending | **Status Date:** | Dec 08, 2015 |
| **Interlocutory Attorney:** | MARY CATHERINE FAINT | | |

**Defendant**

**Name:**
WEMESH Inc.

**Correspondent Address:**
WEMESH INC
340 BROOKVIEW COURT
ANCASTER ON , L9G4C2
CANADA

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| WEMESH | Cancellation Pending | 86271330 | 4757374 |

**Plaintiff(s)**

**Name:**
WeMash, Inc.

**Correspondent Address:**
JESSICA A WOOD
MANATT PHELPS & PHILLIPS LLP
11355 WEST OLYMPIC BLVD
LOS ANGELES CA , 90064
UNITED STATES

**Correspondent e-mail:**

JWood@manatt.com , SWollman@manatt.com , IPDocket@manatt.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| WEMASH | First Extension - Granted | 86320744 | |
| WEMES | Request For Extension of Time to File Opposition | 86654939 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Dec 08, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 09, 2015 | Jan 18, 2016 |
| 3 | PENDING, INSTITUTED | Dec 09, 2015 | |

**Exhibit 2**

|  |  |
|---|---|
| **Generated on:** | |

This page was generated by TSDR on 2016-01-12 15:50:02 EST

**Mark:** WEMES

# WEMES

**US Serial Number:** 86654939    **Application Filing Date:** Jun. 08, 2015

**Filed as TEAS RF:** Yes    **Currently TEAS RF:** Yes

**Register:**
Principal

**Mark Type:**
Trademark, Service Mark

**Status:**
A request for an extension of time to file an opposition has been filed with the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:**
Dec. 29, 2015

**Publication Date:** Dec. 08, 2015

## Mark Information

**Mark Literal Elements:**
WEMES

**Standard Character Claim:**
Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:**
4 - STANDARD CHARACTER MARK

**Translation:**
The wording "WEMES" has no meaning in a foreign language.

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:**
Software and downloadable software to enable users to integrate, edit, combine, modify, enhance, create and display text, graphics, images, photos, moving pictures, music, audio, video, audio-visual materials, and other multimedia content for posting, linking and sharing through electronic messaging and transmission via a global computer network, portable and wireless networks and various platforms across multiple forms of media; Software and downloadable software to enable users to integrate, edit, combine, modify, enhance, create and display text, graphics, images, photos, moving pictures, music, audio, video, audio-visual materials, and other multimedia content that can be stored on and accessed from cloud based systems or remote network servers via a global computer network, portable and wireless networks and various platforms across multiple forms of media; Downloadable software for the integration of text, graphics, images, photos, moving pictures, music, audio, video, audio-visual materials, and other multimedia content into an interactive delivery for multimedia applications; Software and downloadable software for mobile phones, tablet computers, mobile telecommunications devices, mobile digital devices, portable devices, personal communications devices, portable media players, handheld computers and hand-held electronic devices, to send and receive electronic messages, text, graphics, images, photos, moving pictures, music, audio, video, audio-video materials and other multimedia content via global communication networks, portable and wireless networks, and various platforms across multiple forms of media

**International Class(es):** 009 - Primary Class    **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:**
ACTIVE

**Basis:**
1(b)

**For:**

Providing an online non-downloadable searchable database of text, graphics, still images, photos, moving pictures, music, audio, video, audio-visual materials, and other multimedia content in the fields of celebrities, news, film, politics, television, political events and affairs, sports, music, history, drama, nature and wildlife, fashion, artistic performances, beauty, science fiction and fantasy for embedding digital content into websites, social media, electronic communications, downloadable and non-downloadable digital content, electronic downloadable publications, and other digital media and design elements of others

**International Class(es):** 041 - Primary Class                **U.S Class(es):**

100, 101, 107

**Class Status:**

ACTIVE

**Basis:**

1(b)

**For:**

Providing online non-downloadable software, applications and tools to enable users to integrate, edit, combine, modify, enhance, create and display text, graphics, images, photos, moving pictures, music, audio, video, audio-visual materials, and other multimedia content for posting, linking and sharing through electronic messaging and transmission via a global computer network, portable and wireless networks and various platforms across multiple forms of media; Providing online non-downloadable software, applications and tools to enable users to integrate, edit, combine, modify, enhance, create and display text, graphics, images, photos, moving pictures, music, audio, video, audio-visual materials, and other multimedia content that can be stored on and accessed from cloud based systems or remote network servers via a global computer network, portable and wireless networks and various platforms across multiple forms of media; Providing online non-downloadable software for the integration of text, graphics, images, photos, moving pictures, music, audio, video, audio-visual materials, and other multimedia content into an interactive delivery for multimedia applications

**International Class(es):** 042 - Primary Class                **U.S Class(es):**

100, 101

**Class Status:**

ACTIVE

**Basis:**

1(b)

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:**

WeMash, Inc.

**Owner Address:**

#602
11271 Ventura Blvd.
Studio City, CALIFORNIA UNITED STATES 91604

**Legal Entity Type:** CORPORATION                **State or Country Where Organized:**

DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Michelle A. Cooke                **Docket Number:**

48455-030

**Attorney Primary Email Address:** mcooke@manatt.com                **Attorney Email Authorized:**

Yes

**Correspondent**

**Correspondent Name/Address:**

MICHELLE A. COOKE
Manatt Phelps & Phillips Llp
11355 W Olympic Blvd
Los Angeles, CALIFORNIA UNITED STATES 90064-1631

| | | | |
|---|---|---|---|
| **Phone:** | (310) 312-4208 | **Fax:** | |
| | (310) 996-6942 | | |
| **Correspondent e-mail:** | mcooke@manatt.com<br>patrademarks@manatt.com | **Correspondent e-mail Authorized:** | |
| | | | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 29, 2015 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Dec. 08, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 08, 2015 | PUBLISHED FOR OPPOSITION | |
| Nov. 18, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 02, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77312 |
| Oct. 30, 2015 | ASSIGNED TO LIE | 77312 |
| Sep. 24, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 23, 2015 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Sep. 23, 2015 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 23, 2015 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 23, 2015 | EXAMINERS AMENDMENT -WRITTEN | 91162 |
| Sep. 17, 2015 | ASSIGNED TO EXAMINER | 91162 |
| Jun. 11, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 11, 2015 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | CUCCIAS, MATTHEW JAMES | **Law Office Assigned:** | LAW OFFICE 116 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Nov. 02, 2015 |

## Proceedings

**Summary**

**Number of Proceedings:**

2

**Type of Proceeding: Extension of Time**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 86654939 | **Filing Date:** | Dec 29, 2015 |
| **Status:** | Not Instituted | **Status Date:** | Dec 29, 2015 |
| **Interlocutory Attorney:** | | | |

**Defendant**

**Name:**

WeMash, Inc.

**Correspondent Address:**

MICHELLE A. COOKE
Manatt Phelps & Phillips Llp
11355 W Olympic Blvd
Los Angeles CA , 90064-1631

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| WEMES | Request For Extension of Time to File Opposition | 86654939 | |

**Potential Opposer(s)**

**Name:**

WeMesh, Inc.

**Correspondent Address:**

Bobby Ghajar
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 S. Figueroa St., Suite 2800
Los Angeles CA UNITED STATES , 90017

**Correspondent e-mail:**

bobby.ghajar@pillsburylaw.com , marcus.peterson@pillsburylaw.com , patrick.jennings@pillsburylaw.com , docket_ip@pillsburylaw.com

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Dec 29, 2015 | |
| 2 | EXTENSION OF TIME GRANTED | Dec 29, 2015 | |

### Type of Proceeding: Cancellation

**Proceeding Number:** 92062794  **Filing Date:** Dec 08, 2015

**Status:** Pending  **Status Date:** Dec 08, 2015

**Interlocutory Attorney:** MARY CATHERINE FAINT

### Defendant

**Name:**

WEMESH Inc.

**Correspondent Address:**

WEMESH INC
340 BROOKVIEW COURT
ANCASTER ON CANADA , L9G4C2

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| WEMESH | Cancellation Pending | 86271330 | 4757374 |

### Plaintiff(s)

**Name:**

WeMash, Inc.

**Correspondent Address:**

JESSICA A WOOD
MANATT PHELPS & PHILLIPS LLP
11355 WEST OLYMPIC BLVD
LOS ANGELES CA UNITED STATES , 90064

**Correspondent e-mail:**

JWood@manatt.com , SWollman@manatt.com , IPDocket@manatt.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| WEMASH | First Extension - Granted | 86320744 | |
| WEMES | Request For Extension of Time to File Opposition | 86654939 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Dec 08, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 09, 2015 | Jan 18, 2016 |
| 3 | PENDING, INSTITUTED | Dec 09, 2015 | |