Manatt, Phelps & Phillips, LLP
SHARI MULROONEY WOLLMAN (Bar No. CA 137142)
E-mail:  SWollman@manatt.com
JESSICA A. WOOD (Bar No. CA 269562)
E-mail:  JWood@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

*Attorneys for Plaintiff* WeMash, Inc.

Pillsbury Winthrop Shaw Pittman LLP
BOBBY GHAJAR (Bar No. CA 198719)
E-mail: bobby.ghajar@pillsburylaw.com
MARCUS D. PETERSON (Bar No. CA 265339)
E-mail: marcus.peterson@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

*Attorneys for Defendant* WeMesh Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WEMASH, INC., a Delaware corporation,<br><br>        Plaintiff/Counterdefendant,<br><br>vs.<br><br>WEMESH INC., an Ontario, Canada corporation,<br><br>        Defendant/Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | No.  2:15-cv-08719-JFW (JPRx)<br><br>Judge: Hon. John F. Walter<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO SUSPEND MATTER FOR THIRTY DAYS**<br><br>Complaint Filed:   November 6, 2015<br><br>First Amended Complaint Filed:   January 12, 2016<br><br>Pretrial Conference:   October 28, 2016  10:00 a.m.<br><br>Trial:   November 15, 2016  8:30 a.m. |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff WeMash, Inc. ("WeMash") and Defendant WeMesh Inc. ("WeMesh") have reached agreement in principle on the material terms of a settlement of this action, subject to formalizing their agreement through final documentation. The parties will prepare a settlement agreement and related documents, and expect to file dismissals of all claims within 30 days.

Accordingly, the parties request the Court suspend all case deadlines for 30 days to allow the parties to finalize their agreement. If at the end of the 30 day suspension period the parties are not able to file dismissals for any reason, they will notify the Court and submit a joint report requesting to have the case deadlines reset.

Dated: June 18, 2016

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Shari Mulrooney Wollman
Shari Mulrooney Wollman
Jessica A. Wood
*Attorneys for Plaintiff*
WeMash, Inc.

Dated: June 18, 2016

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Marcus Peterson
Bobby Ghajar
Marcus D. Peterson
*Attorneys for Defendant*
WeMesh Inc.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

1     NOTICE OF SETTLEMENT