1  The Kernan Law Firm
   S. MICHAEL KERNAN (CA 181747)
2  E-mail: mkernan@kernanlaw.net
   9663 Santa Monica Blvd., Suite 450
3  Beverly Hills, CA 90210
   Telephone: (310) 490-9777
4  Facsimile: (310) 861-0503

5  *Attorneys for Plaintiff* WeMash, Inc.

6  Pillsbury Winthrop Shaw Pittman LLP
   JEFFREY D. WEXLER (CA 132256)
7  E-mail: jeffrey.wexler@pillsburylaw.com
   725 South Figueroa Street, Suite 2800
8  Los Angeles, CA 90017-5406
   Telephone: (213) 488-7100
9  Facsimile: (213) 629-1033

10 *Attorneys for Defendant* WeMesh Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| WEMASH, INC., a Delaware corporation,<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>WEMESH INC., an Ontario, Canada corporation,<br><br>Defendant/Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | No. 2:15-cv-08719-JFW (JPRx)<br><br>Judge: Hon. John F. Walter<br><br>**JOINT REPORT RE RESULTS OF FURTHER MEDIATION**<br><br>Complaint Filed:    November 6, 2015<br><br>First Amended Complaint Filed:    January 12, 2016<br><br>Pretrial Conference: October 28, 2016  10:00 a.m.<br><br>Trial:    November 15, 2016  8:30 a.m. |
|---|---|

4831-3721-6820.v2

4813-7683-6663.v1

1   Plaintiff and Counterdefendant WeMash, Inc. ("WeMash") and Defendant
2   and Counterclaimant WeMesh Inc. ("WeMesh"), by and through their undersigned
3   counsel, respectfully submit this Joint Report re Results of Further Mediation;
4   Notice of Settlement pursuant to the Court's August 15, 2016 Order re Further
5   Settlement Conference [Dkt. 73].

6   On August 25, 2016, the parties engaged in a second session of private
7   mediation before Greg Derin of Judicate West, starting at about 8:45 a.m. and
8   continuing until about 2:30 p.m. (about 5.75 hours).  WeMash and WeMesh were
9   represented at the mediation by their respective lead counsel, S. Michael Kernan of
10  The Kernan Law Firm and Jeffrey D. Wexler of Pillsbury Winthrop Shaw Pittman
11  LLP.  The representatives of WeMash and WeMesh with full authority to settle the
12  case who personally appeared at the mediation were, respectively, Sal Siino, co-
13  founder and President of WeMash, and Saeed Darvish-Kazem, co-founder and
14  President of WeMesh.  The parties were unable to reach settlement at the
15  mediation.

16  Dated:    August 29, 2016          THE KERNAN LAW FIRM

18                                     By: /s/ S. Michael Kernan
19                                         S. Michael Kernan
                                           *Attorneys for Plaintiff*
20                                         WeMash, Inc.

21  Dated:    August 29, 2016          PILLSBURY WINTHROP SHAW
                                       PITTMAN LLP
22

24                                     By: /s/ Jeffrey D. Wexler
                                           Jeffrey D. Wexler
25                                         *Attorneys for Defendant*
                                           WeMesh Inc.
26
    Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby
27  attests that all other signatories listed, and on whose behalf the filing is submitted,
28  concur in the filing's content and have authorized the filing.

1

4831-3721-6820.v2

4813-7683-6663.v1