S. Michael Kernan, State Bar No. 181747
R. Paul Katrinak, State Bar No. 164057
THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
Telephone: (310) 490-9777
Facsimile: (310) 861-0503

Attorneys for Plaintiff
WeMash, Inc.

Alexander M. Merino, State Bar No. 241551
Merino Yebri, LLP
1925 Century Park East, Suite 2140
Los Angeles, CA 90067
Telephone: (310) 551-2000
Facsimile (310) 693-9458

Attorney for Defendant
WeMesh, Inc.

THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 490-9777

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WEMASH, INC., an Delaware corporation,<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>WEMESH INC., an Ontario, Canada corporation,<br><br>Defendant/Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:15-cv-08719-JFW (JPRx)<br><br>Judge: Hon. John F. Walter<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: November 6, 2015<br><br>First Amended Complaint Filed: January 12, 2016<br><br>Pretrial Conference: October 28, 2016 10:00a.m.<br><br>Trial: November 15, 2016 8:30 a.m. |

THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 490-9777

**NOTICE OF SETTLEMENT**

TO THE HONORABLE COURT IN THIS MATTER:

PLEASE TAKE NOTICE that this matter has fully resolved. We ask the court put over all dates and deadlines and allow the parties to complete any matters necessary for the settlement, which should be done by October 18, 2016, and at that time the complaint and cross-complaint will be dismissed.

DATED: September 29, 2016 THE KERNAN LAW FIRM

By: */s/ S. Michael Kernan*
S. Michael Kernan
Attorneys for Plaintiff

THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
**Beverly Hills, California 90210**
**(310) 490-9777**

THE KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, California 90210
(310) 490-9777

**PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 9663 Santa Monica Boulevard, Suite 450, Beverly Hills, California 90210.

On September 22, 2016, I served the foregoing document(s) described as:

**PLAINTIFF'S AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF DEFENDANT WEMESH INC. AND REQUEST FOR PRODUCTION OF DOCUMENTS**

on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

(BY U.S. MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid and addressed to the person below:

(BY EXPRESS MAIL) I deposited such envelope on the parties in said action via FEDEX TWO-DAY by placing a copy in a sealed envelope, postage pre-paid and depositing in a FedEx box at Los Angeles, California to the person(s) below.

(BY PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

X (BY EMAIL) I caused such documents to be delivered via electronic mail to the email address(es) set forth below:

Alexander M. Merino
amerino@mylawllp.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on this 29nd day of September, 2016, at Los Angeles, California.

*/s/ Ryan Carreon*
Ryan Carreon